HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No.  CR06-0069RSL |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| MARTIN LYNN GUITARD, ) | |
| ) | |
| Defendant. ) | |

DEFENDANT MARTIN LYNN GUITARD has moved to continue trial from the current trial date, September 25, 2006, until January 2007 or as soon thereafter as convenient. The defense contends that the case is extended and complex; the defendant recently retained new counsel; the motion is made in good faith; all other defendants have pled and the defense submits that the defendant's need for a continuance outweighs the public's interest in a trial on the current trial date.

The Court finds that the ends of justice outweigh the public's interest in a speedy trial and justify a trial continuance. 18 U.S.C. 3161(h)(8)(B)(iv). Accordingly the current trial date is stricken. The defendant's trial is continued. The new trial date is January 8, 2007. The

defendant shall execute a speedy trial waiver extending his speedy trial expiration date through January 31, 2007. The period of delay from the date of this Order, until January 8, 2007, is excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A), for the purpose of computing the time limitations imposed by the Speedy Trial Act.

Dated this 1st day of September 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge