1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
9                              AT SEATTLE

10  UNITED STATES OF AMERICA,

11          Plaintiff,                         Case No. CR06-0069RSL

12     v.                                      ORDER GRANTING DEFENDANT'S
                                                MOTION FOR SETTLEMENT
13  MARTIN L. GUITARD,                         CONFERENCE

14          Defendant.

15     This matter comes before the Court on defendant's "Motion for Local Rule 17.2
16 Settlement Conference." (Dkt. # 107). The Court has reviewed and considered both defendant's
17 motion and the Government's response. Were we maintaining our original September trial date
18 the Court would not require the Government to participate in a Local Rule 17.2 Settlement
19 Conference given the many good-faith attempts the Government already has made to reach a
20 reasonable resolution of this case. However, given the fact that the trial date has been continued
21 (albeit at the defendant's request and over the Government's objection), the Court will request
22 that the Government attend and participate in such a settlement conference before the Honorable
23 Ricardo S. Martinez at a time convenient to Judge Martinez. The Court asks nothing of the
24 Government beyond what Ms. Warma already has pledged–that the Government participate in
25 good faith at such a conference.
26

ORDER GRANTING DEFENDANT'S
MOTION FOR SETTLEMENT
CONFERENCE

1  For the foregoing reasons, the defendant's motion for a Local Rule 7.2 Settlement
2  Conference in hereby GRANTED.

3

4  DATED this 11th day of September, 2006.

5

6  /s/ Robert S. Lasnik
7  Robert S. Lasnik
   United States District Judge

8

ORDER GRANTING DEFENDANT'S
MOTION FOR SETTLEMENT
CONFERENCE